1  DAVID Y. FARMER
   CHAPTER 7 TRUSTEE
2  1254 Marsh Street
   Post Office Box 1443
3  San Luis Obispo, CA  93406
   Telephone: (805) 541-5390
4  Facsimile: (805) 541-0769

**FILED**

MAR 29 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                  Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:03-bk-10242-RR |
| | Chapter 7 |
| MONTSHER HOTEL GROUP, LLC, | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor. | [FRBP 3011] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 173 in the sum of $6,206.44 representing the total amount of unclaimed dividends in the above-entitled Debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name, address and amount to be paid to the person entitled to said unclaimed dividends is as follows:

| Creditor Name & Address | $Amount $ |
|---|---|
| Bell South Telecommunications<br>Regional Bankruptcy Center<br>29EFI 301 W Bay Street<br>Jacksonville, FL 32202 | $2,784.81 |
| Brian J. Stone<br>5622 Crystal Lane<br>Dixie, LA 71107 | $212.60 |

ORIGINAL

| | |
|---|---|
| Brandy Estes<br>5622 Crystal Lane<br>Dixie, LA 71107 | $163.33 |
| Shar L. Wright<br>2808 Silver Pine Lane<br>Shreveport, LA 71108 | $42.30 |
| Sharen Davis<br>4585 N. Market #621<br>Dixie, LA 71107 | $181.19 |
| Kenneth M. Revell<br>P.O. Box 29574<br>Shreveport, LA 71149 | $136.49 |
| Jack L. Farr<br>54 Colony Circle<br>Caspiana, LA 71115 | $2,096.63 |
| Alice Harris<br>6777 Rasberry Ln #2122<br>Shreveport, LA 71129 | $106.69 |
| Melissa A. White<br>4701 McDaniel Drive<br>Shreveport, LA 71109 | $326.48 |
| Natasha Council<br>2704 Shed Rd Apt. 221C<br>Bossier City, LA 71111 | $155.92 |

Dated: March 25, 2010

David Y. Farmer
Chapter 7 Trustee

| In re: Montsher Hotel Group |  |
|---|---|
| Debtor(s). | CHAPTER: 7<br>CASE NUMBER: 9:03-bk-10242-RR |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Farmer & Ready, 1254 Marsh Street, San Luis Obispo, CA 93401

A true and correct copy of the foregoing document described <u>NOTICE OF UNCLAIMED DIVIDEND</u> be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below: NONE

☐ Service information continued on attached page

II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):</u>
On <u>March 25, 2010,</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

DEBTOR:
Montsher Hotel Group LLC
1933 Cliff Drive #28
Santa Barbara, CA 93109

Honorable Robin Riblet
U.S. Bankruptcy Court Judge
1415 State Street
Santa Barbara, CA 93101

United States Trustee
21051 Warner Center Lane #115
Woodland Hills, CA 91367

Attorney for Debtor:
Michaelson, Susi & Michaelson
7 West Figueroa Street, 2nd Floor
Santa Barbara, CA 93101

Reicker, Pfau, Pyle & McRoy LLP
Attn: Diana Jessup Lee
1421 State Street, Ste B
Santa Barbara, CA 93101-2507

Special Notice:
The Sheraton Corporation and Starwood Hotels & Resorts
c/o William Anderson
100 Galleria Parkway #1350
Atlanta, GA 30339

Buckingham, Doolittle & Burroughs LLP
Attn: Patrick J Keating
P.O. Box 1500
Akron, OH 44309-1500

M Kathleen Klein
6061 N Fresno St #106
Fresno, CA 93710-5265

Linda Morris
165 Southfield Pkwy.
Lafayette, LA 70506-7632

Special Notice:
LaSalle Bank National Association, Etc.
Attn: Lisa Tancredi, Esq.
C/O Venable, LLP
Two Hopkins Plaza, Ste. 1800
Baltimore, MD 21201-2978

///

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.

January 2009

| In re: Montsher Hotel Group | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 9:03-bk-10242-RR |

Bell South Telecommunications
Regional Bankruptcy Center
29EFI 301 W Bay Street
Jacksonville, FL 32202

Brian J. Stone
5622 Crystal Lane
Dixie, LA 71107

Brandy Estes
5622 Crystal Lane
Dixie, LA 71107

Shar L. Wright
2808 Silver Pine Lane
Shreveport, LA 71108

Sharen Davis
4585 N. Market #621
Dixie, LA 71107

Kenneth M. Revell
P.O. Box 29574
Shreveport, LA 71149

Jack L. Farr
54 Colony Circle
Caspiana, LA 71115

Alice Harris
6777 Rasberry Ln #2122
Shreveport, LA 71129

Melissa A. White
4701 McDaniel Drive
Shreveport, LA 71109

Natasha Council
2704 Shed Rd Apt. 221C
Bossier City, LA 71111

Todd Arnold
Levene, Neale, Bender, etc.
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067

Karen Grant
924 Anacapa Street, Ste. 1M
Santa Barbara, CA 93101

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

NONE

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 25, 2009 | Cacie Lunt | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1.**